# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>HENDERSON CONSTRUCTORS INC.,<br><br>Defendant. | Adv. Proc. No. 25-50338 (KBO)<br><br>**Re: Adv. D.I. 1, 3** |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Henderson Constructors Inc. (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 19, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 28, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint is May 28, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

4.  The parties agree that Defendant shall have through and including June 25, 2025, to answer or otherwise plead to the Complaint.

Dated: May 27, 2025

| **SAUL EWING LLP** | **THE LAW OFFICE OF JAMES TOBIA, LLC** |
|---|---|
| */s/ Paige N. Topper* <br> Evan T. Miller (DE Bar No. 5364) <br> Paige N. Topper (DE Bar No. 6470) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> evan.miller@saul.com <br> paige.topper@saul.com <br><br> *Counsel for Plaintiff* | By: */s/James Tobia* <br> James Tobia (DE Bar No. 3798) <br> The Law Office of James Tobia, LLC <br> 1716 Wawaset Street <br> Wilmington, DE 19806 <br> Tel. (302) 655-5303 <br> Fax (302) 202-4255 <br> Email: jtobia@tobialaw.com <br><br> *Counsel for Defendant* |