IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>             Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>             Plaintiff,<br>    v.<br><br>HENDERSON CONSTRUCTORS INC.,<br><br>             Defendant. | Adv. Proc. No. 25-50338 (KBO) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** James Tobia, Esquire, of The Law Office of James Tobia, LLC hereby enters his appearance on behalf of Henderson Constructors Inc., defendant in George Miller v. Henderson Constructors Inc., Adversary Proceeding No. 25-50338 (KBO) with respect to Adversary Proceeding No. 25-50338 (KBO) only.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served, including but not limited to all notices filed and served in this adversary proceeding, be given to and served upon the undersigned at the following office addresses, telephone and facsimile numbers and e-mail addresses:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

James Tobia (#3798)
*The Law Office of James Tobia, LLC*
1716 Wawaset Street
Wilmington, DE 19806
Tel (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

Dated: July 10, 2025

BY:    /s/ James Tobia
James Tobia (#3798)
*The Law Office of James Tobia, LLC*
1716 Wawaset Street
Wilmington, DE 19806
(302) 655-5303
*Attorney for Defendant*