IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                 Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                 Plaintiff,<br>v.<br><br>HENDERSON CONSTRUCTORS INC.,<br><br>                 Defendant. | Adv. Proc. No. 25-50338 (KBO) |

**CERTIFICATE OF SERVICE**

      Please take notice that the *Initial Disclosures of Henderson Constructors Inc.* was served on July 10, 2025, via CM/EF filing upon:

Evan T. Miller
Paige N. Topper
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
paige.topper@saul.com

Dated: July 10, 2025                    BY:   */s/ James Tobia*
                                                                    James Tobia (#3798)
                                                                    The Law Office of James Tobia, LLC
                                                                    1716 Wawaset Street
                                                                    Wilmington, DE  19806
                                                                    (302) 655-5303
                                                                    *Attorney for Defendant*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1