IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>HENDERSON CONSTRUCTORS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50338 (KBO)<br><br><br><br>Re: Adv. D.I. 1, 6 & 16 |

**ORDER APPROVING STIPULATION TO EXTEND DEADLINES**
**SET FORTH IN PROCEDURES ORDER**

The Court having considered the *Stipulation to Extend Deadlines Set Forth in the Procedures Order* (the "**Stipulation**")[2], it is HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. Defendant's deadline to answer or otherwise respond to the Complaint is extended through and including November 21, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined herein are defined in the Stipulation.

2

3. This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

**Dated: November 13th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

2